Pro Se 6 2022

*submitted to marsha*
*Senior District Judge*
*Judge Robert Bryant*
*please also subpoena*
*Media Bureaus for Arch Seattle*
*from their attorney*
*William Crowley*
*employers "Seth*
*& Josh"*

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 06 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Ruth Anderson

Plaintiff(s),
v.

Donald Trump
Congress & Senate
during his last jurisdiction

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE
ALLEGING THAT THE
DEFENDANT OWES THE
PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of
Citizenship)

Jury Trial: ☒ Yes ☐ No

3:25-cv-05390-TMC

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Ruth M Anderson
Street Address: General Delivery Mail
City and County: Longview, WA
State and Zip Code: 98632
Telephone Number: 206-512-6266

*Attorney mike mahoney as well*

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 1

Pro Se 6 2022

B. Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number

Defendant No. 2
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number

Defendant No. 3
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES THE PLAINTIFF A SUM OF MONEY - 2

For Judge Robert Bryant Attorney Elizabeth Cowen Wright for SF Appeals Matthew Jones Anti-trust Amanda Bradford for Orchard plans in policy Statements on You Tube & EWTN

I already filed this docket but its missing — Donald Trump Congress & Senate During 1st campaign Run using pledganized patent Intellectual property violation with media on Broadband & You Tube from 2009 to current

Barack Obama Intellectual property stealing sound trapped patent from me in title "Audacity of Hope" You Tube evidence should be sobpoenad from Helens Place You Tube Computers for guest hard drive look up decoding of websites when I went to look them up on youtube I also found pledganized Homily Sermons in which money was being collected at philathropy efforts from Archdiocese of Seattle pastors & the Rectors of the Basilica in WA DC where I worked starting in 2012 -13

Fox News pledganized things at times as well. 

Back pay compensation. And somewhat safety violation when the EWTN didn't admit that done the same

On National Television News. from Congress & senate things in Birmingham Al.

        Defendant No. 4

            Name
            Job or Title *(if known)*  _____
            Street Address              _____
            City and County             _____
            State and Zip Code          _____
            Telephone Number            _____

## II.     BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (select all that apply)

☐ Federal question:                    ☐ Diversity of citizenship:
   If checked complete section A.          If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

[                                                                      ]

B. If the Basis for Jurisdiction Is Diversity of Citizenship

    1. The Plaintiff(s)

        a. If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

        b. If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

(*If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.*)

    2. The Defendant(s)

        a. If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

        b. If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*) _____.

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 4

Pro Se 6 2022

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### III.     THE AMOUNT IN CONTROVERSY

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*. *Attach additional pages if needed:*

[                                                                                                 ]

### IV.     STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the   facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

[                                                                                                 ]

    The defendant, *(name)* _____, owes the plaintiff *(specify the amount)* $ _____ because *(use one or more of the following, as appropriate)*:

A.     On a Promissory Note

    On *(date)* _____, the defendant signed and delivered a note promising to pay the plaintiff on *(date)* _____ the sum of *(specify the amount)* $ _____ with interest at the rate of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ _____ .

A copy of the note is attached as an exhibit or is summarized below. (*Attach the note or summarize what the document says.*)

B.   On an Account Between the Parties

The defendant owes the plaintiff (*specify the amount*) $ _____. This debt arises from an account between the parties, based on (*state the basis, such as an agreement between a credit-card company and a credit-card holder*)

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes (*specify the amount*) $ _____. Copies of the bills or account statements are attached as exhibits or summarized below. (*Attach the statements or summarize what they say.*)

C.   For Goods Sold and Delivered

The defendant owes the plaintiff (*specify the amount*) $ _____, for goods sold and delivered by the plaintiff to the defendant from (*date*) _____ to (*date*) _____.

Pro Se 6 2022

D.  For Money Loaned

The defendant owes the plaintiff (*specify the amount*) $ _____, for money the plaintiff loaned the defendant on (*date*) _____.

E.  For Money Paid by Mistake

The defendant owes the plaintiff (*specify the amount*) $ _____ for money paid by mistake to the defendant on (*date*) _____, when the defendant received the payment from (*specify who paid and describe the circumstances of the payment*)

F.  For Money Had and Received

The defendant was paid money (*specify the amount*) $ _____ on (*date*) _____ by (*identify who paid and describe the circumstances of the payment*)

It is unjust for the defendant not to pay the plaintiff the money received because (*explain the reason, such as that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a deposit to be returned*):

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 7

V. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

1    Date of signing:    5/6/2025

2    Signature of Plaintiff    *Ruth marie Anderson MEdJ PsyD*

3    Printed Name of Plaintiff    *Ruth M Anderson*

5    Date of signing:

6    Signature of Plaintiff

7    Printed Name of Plaintiff

9    Date of signing:

10    Signature of Plaintiff

11    Printed Name of Plaintiff