**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE
TACOMA, WA 98402

May 7, 2025

Ruth Marie Anderson
GENERAL DELIVERY MAIL
LONGVIEW, WA 98632

Your civil action <u>Anderson v. Trump et al</u> was filed in the U.S. District Clerk's office at Tacoma on May 6, 2025.

Your case has been assigned Case Number **3:25–cv–05390–TMC,** and has been assigned to Judge Tiffany M. Cartwright, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file