| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUL 23 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

RUTH MARIE ANDERSON,

    Plaintiff - Appellant,

 v.

DONALD TRUMP, Jr., Congress and Senate and BARACK OBAMA, Intellectual Property,

    Defendants - Appellees.

No. 25-3363

D.C. No. 3:25-cv-05390-TMC
Western District of Washington, Tacoma

ORDER

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

    This court lacks jurisdiction over this appeal because the May 12, 2025 and May 21, 2025 magistrate judge orders are not final or immediately appealable. *See* 28 U.S.C. § 1291; *see also Flam v. Flam*, 788 F.3d 1043, 1046 (9th Cir. 2015) (magistrate judge may hear and determine non-dispositive matters under 28 U.S.C. § 636(b)(1)(A)). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

    **DISMISSED.**