|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 21 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

RUTH MARIE ANDERSON,

    Plaintiff - Appellant,

v.

DONALD J. TRUMP, Congress and Senate and BARACK OBAMA, Intellectual Property,

    Defendants - Appellees.

No. 25-5940

D.C. No. 3:25-cv-05390-TMC
Western District of Washington, Tacoma

ORDER

Appellant has not timely filed the opening brief or filed a motion to proceed in forma pauperis or proof that fees were paid to the district court, as ordered by this court on October 16, 2025.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

                                    FOR THE COURT:

                                    MOLLY C. DWYER
                                    CLERK OF COURT